# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

133880

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GWENDOLYN JONES,
      Plaintiff-Appellee,

v

SC: 133880
COA: 272746
WCAC: 04-000200

COMERICA, INC., and FEDERAL INSURANCE
COMPANY,
      Defendants-Appellants.

_____/

      By order of January 30, 2008, the application for leave to appeal the March 29, 2007 order of the Court of Appeals was held in abeyance pending the decision in *Stokes v Chrysler LLC* (Docket No. 133880). On order of the Court, the case having been decided on June 12, 2008, 481 Mich 266 (2008), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Workers' Compensation Appellate Commission (WCAC) for reconsideration in light of *Stokes*. The WCAC may remand this case to the Board of Magistrates for the taking of additional proofs and for further findings upon the request of a party.

      We do not retain jurisdiction.

      CAVANAGH, J., would deny leave to appeal.

      WEAVER, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

Clerk

t0721